# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KELLY R. LEE, <br><br> Defendant. | PO 14-5037-BLG-TJC-1 <br><br> **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** <br><br> **Violation No. FBFQ000C** <br> **Location Code: M6H** |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED. (Doc. 5.) The matter is dismissed, with prejudice as fully adjudicated.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned case for Kelly R. Lee shall be QUASHED. The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 11th day of February, 2020.

                                           TIMOTHY J. CAVAN
                                           United States Magistrate Judge